MORRIS RATETT, Respondent, *v.* JAMES BUTLER GROCERY COMPANY, Appellant.

(Argued January 19, 1933; decided February 28, 1933.)

*William Burr DeLacy* and *Herman M. Pogul* for appellant.

*C. W. Ticknor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.